In the Matter of the Claim of NICK ORTO, Respondent, against JERRY POGGIONI, Respondent, and MARYLAND CASUALTY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued April 15, 1936; decided May 1, 1936.)

552

*William S. Sinclair* and *James J. Mahoney* for appellant.
*John J. Bennett, Jr.*, Attorney-General (*Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.